AUSA: Susan Fairchild Telephone: (313) 226-9577

AO 91 (Rev. 11/11) Criminal Complaint Officer: Deonte Pope Telephone: (313) 809-5716

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Lucio Gilberto MENENDEZ-LOPEZ

Case No.
Case: 2:26−mj−30599
Assigned To : Unassigned
Assign. Date : 9/24/2026
Description: CMP USA V. MENENDEZ−LOPEZ (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 14, 2026 in the county of Macomb in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Deonte Pope, ICE/ERO, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: September 24, 2026

City and state: Detroit, MI

Honorable Kimberly Altman, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT

I, Deonte Pope, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with U.S. Immigration and Customs Enforcement (ICE), Department of Homeland Security (DHS), and have served with ICE as a Deportation Officer since October 6, 2025. The facts set forth herein are based upon my personal knowledge, information provided by other law enforcement officers, and record checks of law enforcement databases. I have also reviewed relevant immigration records relating to Lucio Gilberto MENENDEZ-LOPEZ, which reveal the following:

2. On or about October 07, 2008, MENENDEZ-LOPEZ was encountered by Border Patrol agents near Rio Grande City, Texas, where it was determined that he had entered the United States unlawfully. MENENDEZ-LOPEZ was transported to the Willacy County Detention Center and issued an Expedited Removal Order (I-860). MENENDEZ-LOPEZ was subsequently removed to Guatemala through Harlingen, Texas, on October 22, 2008.

3. On or about February 05, 2010, MENENDEZ-LOPEZ was encountered by Border Patrol agents near Calexico, California, where it was determined that he had entered the United States unlawfully. MENENDEZ-LOPEZ was transported to the Laredo Processing Center and issued an Expedited Removal Order (I-860). MENENDEZ-LOPEZ was subsequently removed to Guatemala through Phoenix, Arizona, on February 23, 2010.

4. On or about December 13, 2010, MENENDEZ-LOPEZ was encountered by Border Patrol agents near Pisinemo, Arizona, where it was determined that he had entered the United States unlawfully. MENENDEZ-LOPEZ was transported to the Tucson Sector Coordination Center and processed with a Reinstatement of Prior Removal Order. MENENDEZ-LOPEZ was subsequently removed to Guatemala on December 28, 2010, through Phoenix, Arizona.

5. On or about December 25, 2022, MENENDEZ-LOPEZ was encountered by Border Patrol agents near Roma, Texas, where it was determined that he had entered the United States unlawfully. MENENDEZ-LOPEZ was transported to the

Rio Grande City Station and processed with a Reinstatement of Prior Removal Order. MENENDEZ-LOPEZ was subsequently removed to Guatemala on April 27, 2023, through Alexandria, Louisiana.

6. On September 14, 2026, ICE/ERO Officers conducted surveillance based on information received from local law enforcement agency that a T-Mobile sub-contracted fiber optic installation crew was working in the area of 23 Mile and Hayes roads in Shelby Township, Michigan. Homeland Security Investigations (HSI) and ICE/ERO officers have identified and arrested approximately 50 unlawfully preset aliens working on similar fiber optic installation crews in southeast Michigan in the past few months. MENENDEZ-LOPEZ was identified by his Guatemala identification card and ICE system Mobile Fortify.

7. An immigration database search revealed that MENENDEZ-LOPEZ was found to have an active Final Order of Removal and to have been previously deported multiple times. During questioning by inspection officers, MENENDEZ-LOPEZ made a false claim to LPR status but made no claim to U.S. citizenship. MENENDEZ-LOPEZ currently has no status, benefit, or permission to reside lawfully in the United States.

8. MENENDEZ-LOPEZ was served with Form I-871, Notice of Intent/Decision to Reinstate Prior Order of Removal. He was detained and transported for processing.

9. On or about September 14, 2026, ICE/ERO officers reviewed DHS records, which revealed that MENENDEZ-LOPEZ did not obtain the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, following his removal.

10. The aforementioned detention was an administrative, non-criminal action made pursuant to the authority found in Sections 1357, 1225, 1226, and/or 1231 of Title 8 of the United States Code, to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation governing the admission, exclusion, expulsion, or removal of non-citizens.

11. Based on the above information, I believe there is probable cause to conclude that MENENDEZ-LOPEZ is a non-citizen who was found in, or re-

entered, the United States after deportation or removal and without obtaining the express permission of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

Deonte Pope
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable Kimberly Altman
United States Magistrate Judge

September 24, 2026