AUSA: Susan Fairchild Telephone: (313) 226-9577

AO 442 (Rev. 11/11) Arrest Warrant Officer: Deonte Pope Telephone: (313) 809-5716

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America

v.

Lucio Gilberto MENENDEZ-LOPEZ

Case No. Case: 2:26−mj−30599
Assigned To : Unassigned
Assign. Date : 9/24/2026
Description: CMP USA V. MENENDEZ−LOPEZ (DJ)

FILED
SEP 3 0 2026
CLERK'S OFFICE
DETROIT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Lucio Gilberto MENENDEZ-LOPEZ, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
8 U.S.C. 1326(a), Unlawful Re-Entry Following Removal from the United States

Date: September 24, 2026

Kim G Alt
*Issuing officer's signature*

City and state: Detroit, MI

Honorable Kimberly Altman, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 09/25/26, and the person was arrested on *(date)* 09/25/26 at *(city and state)* DETROIT MI.

Date: 25SEP26

*Arresting officer's signature*

RYAN HUBER
*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*